In the Matter of 2747 MILWAUKEE AVE. BUILDING CORP., Debtor.

### Henry G. BARKHAUSEN et al. v. 2747 MILWAUKEE AVENUE BUILDING CORP.

#### No. 5857.

Circuit Court of Appeals, Seventh Circuit.

May 8, 1936.

Edward R. Adams, Sidney S. Gorham, Jr., and Robert W. Wales, all of Chicago, Ill., for appellants Henry G. Barkhausen et al.

Schwartz & Cooper, of Chicago, Ill., for appellees.

Before SPARKS and ALSCHULER, Circuit Judges.

#### PER CURIAM.

This cause coming on to be heard upon the motion of Henry G. Barkhausen, Joseph K. Brittain, Holman D. Pettibone, and David E. Shanahan, not personally or individually but solely as a committee for the holders of bonds sold by or through Lackner, Butz & Co. as constituted under a deposit agreement dated April 16, 1930, as amended, appellants, and upon a confession of error of all parties hereto and a stipulation that this cause may be reversed and remanded with the same instructions as in the Matter of Tudor Gables Building Corporation, a corporation, Debtor, Henry G. Barkhausen, et al., as a Committee, Appellants, v. Tudor Gables Building Corporation, et al., Appellees, No. 5713, 83 F.(2d) 871, and this court having jurisdiction of the subject-matter of the parties and being fully advised in the premises:

It is ordered that this cause be reversed and remanded, with instructions to consider the evidence with respect to the services rendered in aid of the plan, if any, prior to the bankruptcy proceedings, to enter findings and decree accordingly, and for further proceedings not inconsistent with the opinion in the Matter of Tudor Gables Building Corporation consolidated appeals Nos. 5713, 5760, 5714, and 5715.

It is further ordered that a mandate may issue in the same form and with the same directions as in said Tudor Gables case No. 5713.

In the Matter of 2747 MILWAUKEE AVENUE BUILDING CORP., etc., Debtor.

### CHICAGO TITLE & TRUST COMPANY v. 2747 MILWAUKEE AVENUE BUILDING CORP.

#### No. 5856.

Circuit Court of Appeals, Seventh Circuit.

May 8, 1936.

#### PER CURIAM.

This cause coming on to be heard upon the motion of Chicago Title & Trust Company, a corporation, appellant, and upon a confession of error of all parties hereto and a stipulation that this cause may be reversed and remanded with the same instructions as in the Matter of Tudor Gables Building Corporation, a Corporation, Debtor, Chicago Title & Trust Company, Appellant, v. Tudor Gables Building Corporation, et al., Appellees, No. 5714, 83 F.(2d) 871, and this court having jurisdiction of the subject-matter of the parties and being fully advised in the premises:

It is ordered that this cause be reversed and remanded, with instructions to consider the evidence with respect to the services rendered in aid of the plan, if any, prior to the bankruptcy proceedings, to enter findings and decree accordingly, and for further proceedings not inconsistent with the opinion in the Matter of Tudor Gables Building Corporation consolidated appeals Nos. 5713, 5760, 5714, 5761, and 5715.